UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:13-cr-22-LRH-WGC |
|---|---|---|
| Plaintiff, | ) | WAIVER AND CONSENT ORDER |
| vs. | ) | |
| JUAN CARLOS RODRIGUEZ SANCHEZ, | ) | |
| Defendant. | ) | |

Defendant, <u>Juan Carlos Rodriguez Sanchez</u>, having requested permission to enter a plea of guilty, hereby gives written consent to review of the Presentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_/s/ Juan Rodriguez_
Defendant

_/s/_
Counsel for Defendant

_/s/ Megan Rachow_
Assistant U.S. Attorney

DATED this 4th day of April, 2013.

APPROVED:

_/s/ Larry R. Hicks_
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DCN   DEPUTY